UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
GARCIELA DONCOUSE, :
:
:
Plaintiff, :
: 23-cv-9980 (LJL)
-v- :
: ORDER
:
ST DYMPHNAS LLC AND GG EAST VILLAGE LLC, :
:
Defendant. :
:
---------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/4/2024
```

LEWIS J. LIMAN, United States District Judge:

A telephonic status conference was held on November 4, 2024. This Order memorializes the deadlines set at that conference.

Defendants will serve initial requests for production of documents by November 30, 2024. All fact discovery is to be completed no later than February 14, 2025. The parties shall appear for a status conference after the close of fact discovery on February 19, 2025, at 3:00 p.m. Any need for expert discovery will be discussed at that conference. Parties are directed to dial into the Court's teleconference line at 888-251-2909, Access Code 2123101, and follow the necessary prompts.

A joint letter updating the Court on the status of the case shall be filed on ECF by one week prior to the status conference. The letter must be no more than three (3) single spaced pages and should include the following information in separate paragraphs:

(1) all existing deadlines, due dates, and/or cut-off dates;

(2) a brief description of any outstanding motions;

(3) a brief description of the status of discovery and of any additional discovery

that remains to be completed;

(4) the status of settlement discussions;

(5) the anticipated length of trial and whether the case is to be tried to a jury;

(6) whether the parties anticipate filing motions for summary judgment; and any other issue that the parties would like to address at the pretrial conference or any other information that the parties believe may assist the Court.

SO ORDERED.

Dated: November 4, 2024
New York, New York

LEWIS J. LIMAN
United States District Judge