**AGF&J** Abrams, Gorelick, Friedman & Jacobson, LLP
Attorneys At Law

One Battery
4th Floor
New York, ]

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/18/2024

November

> **MEMO ENDORSED**
>
> Application **GRANTED**. The settlement conference, previously scheduled for November 21, 2024, is hereby **ADJOURNED** *sine die*. The parties must meet and confer and email chambers with three possible dates in December or January when all necessary stakeholders and representatives are available for a 2:15 p.m. conference. **SO ORDERED.**
>
> [signature]
>
> **Barbara Moses**
> **United States Magistrate Judge**
> **November 18, 2024**

**VIA ECF**

Barbara Moses
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   Doncouse v. ST Dymphnas LLC (23-cv-09980-LJL),
       Docket No. 23-cv-09980-LJL

Dear Honorable Madam:

Please be advised that our office represents both defendants in the above-entitled action. Pursuant to Individual Practice Rule 2(a), Defendants respectfully request an adjournment of the settlement conference scheduled for November 21, 2024, at 2:15 pm.

This letter motion is the defendant's first request for adjournment is necessary because the defendant, GG East Village LLC, has requested that personal counsel attend the settlement conference, and personal counsel is not available on November 21, 2024.  I apologize for the delay, but I was unaware of the defendant's desire to have personal counsel attend the settlement conference until today.  I have communicated with the counsel for the Plaintiff, who has consented to the adjournment.  This adjournment will not affect any dates or deadlines.

Should you have any questions or require any additional information, please feel free to contact me.

Very truly yours,

ABRAMS, GORELICK, FRIEDMAN & JACOBSON, LLP

By: [signature]
Steven DiSiervi, Esq.

SD/ma