UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GRACIELA DONCOUSE,

        Plaintiff,

-against-

ST DYMPHNAS LLC, et al.,

        Defendants.

23-CV-09980 (LJL) (BCM)

**ORDER RESCHEDULING SETTLEMENT CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

The settlement conference previously scheduled for November 21, 2024, at 2:15 p.m. has been rescheduled to December 12, 2024, at 2:15 p.m., in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse. The parties must submit their Confidential Settlement Letters and Acknowledgment Forms (*see* Dkt. 30 ¶¶ 3, 4) no later than **December 5, 2024**.

Dated: New York, New York
       November 21, 2024

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**