```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/9/2024__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GRACIELA DONCOUSE,

        Plaintiff,

-against-

ST DYMPHNAS LLC, et al.,

        Defendants.

23-CV-09980 (LJL) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

        The settlement conference previously scheduled for November 21, 2024, was rescheduled, at the parties' request for 2:15 p.m. on Thursday, December 12, 2024, in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse. (*See* Dkts. 33-35.) However, the Court has not yet received the required Acknowledgment Form confirming the personal attendance of defendant GG East Village LLC (GG), through an authorized decision-maker, as required by this Court's Order Scheduling Settlement Conference (Sched. Order) (Dkt. 30) ¶¶ 1(a) and 4.

        The Court is informed that GG has been unresponsive to its counsel of record, and may be in the process of retaining new counsel. Consequently, GG's current counsel is directed, upon receipt of this Order, to serve a copy on GG by email, text, and United States Mail, and to file proof of such service on the docket.

        **If GG plans to attend the settlement conference with new counsel, its new counsel must promptly file a notice of appearance *and* submit the required Acknowledgment Form (Sched. Order at 5), by email, as required. GG is reminded that if it fails to attend the conference through an authorized decision-maker, it "may be required to reimburse the other parties for their time and travel expenses or face other sanctions." Sched. Order ¶ 1(d).**

Dated: New York, New York
      December 9, 2024

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**